

## NUMBER 13-21-00359-CV

## COURT OF APPEALS

## THIRTEENTH DISTRICT OF TEXAS

## CORPUS CHRISTI – EDINBURG

JEFFREY F. ARCHER,                                                        Appellant,

v.

MARK FINLAY, INDIVIDUALLY AND
IN HIS OFFICIAL CAPACITY AS
A JUSTICE OF THE PEACE OF
MATAGORDA COUNTY, TEXAS,                                      Appellees.

### On appeal from the 23rd District Court
### of Matagorda County, Texas.

## MEMORANDUM OPINION

### Before Justices Longoria, Hinojosa, and Silva
### Memorandum Opinion by Justice Hinojosa

This cause is before the Court on its own motion. On November 16, 2021, appellant filed a brief that was not in compliance with the Texas Rules of Appellate Procedure. On January 31, 2022, the Clerk of the Court notified appellant the brief did not comply with Texas Rules of Appellate Procedure 9.1(c), 9.4 (d), 9.4(h), 9.4(i)(3), 9.4(j)(4), and 38.1(c),

(d), (g), i). *See* TEX. R. APP. P. 9.1(c); 9.4 (d), (h), 9.4(i)(3), (j)(4), and 38.1(c), (d), (g), (i). Appellant was directed to file an amended brief in compliance with the Texas Rules of Appellate Procedure within thirty days of the date of the letter. On March 10, 2022, appellant was notified for the second time that the brief filed was defective. Appellant has failed to cure the defects in his brief and has otherwise failed to respond to the notices.

Pro se litigants are held to the same standards as licensed attorneys, and they must therefore comply with all applicable rules of procedure. *Mansfield State Bank v. Cohn*, 573 S.W.2d 181, 184–85 (Tex. 1978). Pursuant to Texas Rule of Appellate Procedure 42.3(b), (c), where appellant has failed to comply with a requirement of these rules or a notice from the clerk, the appellate court may dismiss the appeal for want of prosecution.

Accordingly, we order the appeal dismissed for want of prosecution. *See* TEX. R. APP. P. 42.3(b)(c).

LETICIA HINOJOSA
Justice

Delivered and filed on the
5th day of May, 2022.

2